13599.   PIERCE *et al. v.* THE STATE.

Refusal to allow counsel for the accused, on cross-examination, to ask a
   witness how many times he had been in jail, charged with crime, was
   error, requiring a new trial. (BLOODWORTH, J., dissents.)
                    DECIDED JULY 26, 1922.

Indictment for aiding escape; from Whitfield superior court
— Judge Tarver.   April 22, 1922.

*George G. Glenn, John C. Mitchell,* for plaintiff in error.
*Joe M. Lang, solicitor-general,* contra.

BLOODWORTH, J.   1.   Under repeated rulings of the Supreme
Court and of this court, that counsel, upon cross-examination,
have a right to a thorough and sifting examination of a witness, the
majority of this court are of the opinion that the lower court com-
mitted reversible error in refusing to allow counsel for the defend-
ant to ask a named witness, on cross-examination, how many times
he had been in jail, charged with crime. Under the particular facts
of the case I cannot agree to this conclusion of my colleagues.

2.   The other special grounds of the motion for a new trial
are either too incomplete and vague to be considered by this
court or are without substantial merit.

*Judgment reversed.   Broyles, C. J., and Luke, J., concur.
Bloodworth, J., dissents.*